LEHIGH VALLEY RAILROAD COMPANY, A CORPORATION, PROSECUTOR, v. THE BOARD OF PUBLIC UTILITY COMMISSIONERS ET AL., DEFENDANTS.

Argued May 21, 1927—Decided May 31, 1927.

On application for writ of *certiorari*.

Before Justices TRENCHARD, KALISCH and KATZENBACH.

For the applicant, *Hobart & Minard*.

For the board of public utility commissioners, *John O. Bigelow*.

For the county of Somerset, *John F. Reger*.

For the township of Hillsborough, *Clarkson A. Cranmer*.

PER CURIAM.

The application for the writ of *certiorari* is denied.